## CONNECTICUT BANK AND TRUST COMPANY, N.A. *v.* NAPERT-BOYER PARTNERSHIP ET AL.
### (11132)

DALY, HEIMAN and FREEDMAN, Js.

Argued September 15—decision released October 6, 1992

*Raymond L. Baribeault, Jr.,* with whom, on the brief, was *Andrew Brand,* for the appellants (named defendant et al.).

*Jeanine M. Dumont,* with whom was *Robert M. Barrack,* for the appellee (plaintiff Federal Deposit Insurance Corporation).

PER CURIAM. Our review of the record, briefs and arguments convinces us that the judgment should be affirmed.

The judgment is affirmed and the case is remanded for the purpose of setting new law days.